UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| WARREN JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant. | No. 2:21-cv-00244-RSL-JRC<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

**STIPULATION**

IT IS HEREBY stipulated and agreed by all parties hereto, through their undersigned attorneys of record, that all claims asserted by Plaintiff in the above-entitled action may be dismissed with prejudice without an award of attorney fees or costs to any party.

SIGNED this 22nd day of September, 2021    SIGNED this 22nd day of September, 2021

  */s/ Gregory S. Worden*
Gregory S. Worden, WSBA #24262
*Attorney for Defendant*

  */s/ Steven M. Malek*
Steven M. Malek, WSBA #28942
*Attorney for Plaintiff*

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206-436-2020
206-436-2030 Fax

# ORDER

Pursuant to the foregoing Stipulation, IT IS HEREBY ORDERED that all claims of Plaintiff against Defendant in the above-entitled matter are dismissed with prejudice and without attorney fees or costs to any party.

DATED this 23rd day of September, 2021.

*[signature: M S Lasnik]*

JUDGE ROBERT S. LASNIK

*Presented by:*

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Gregory S. Worden*

Gregory S. Worden, WSBA #24262
1111 Third Avenue, Suite 2700
Seattle, WA 98101
(206) 436-2020 / (206) 436-2030 Fax
Gregory.Worden@lewisbrisbois.com
Attorney for Defendant


CLAUSEN LAW FIRM PLLC

*/s/ Steven M. Malek*
Steven M. Malek, WSBA #28942
701 5th Ave Ste 4400
Seattle, WA 98104-7031
(206) 223-0335
smalek@clausenlawfirm.com
lisav@clausenlawfirm.com
Attorney for Plaintiff

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 2

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206-436-2020
206-436-2030 Fax